JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RYAN W. BIGGAR, ESQ.
Nevada Bar No. 4535
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 facsimile
rbiggar@pyattsilvestri.com
Attorneys for Defendant,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY WEINZETL, individually; and SARA WEINZETL, individually<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE CO.; DOES 1 through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:13-cv-02285-APG-NJK |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed in its entirety, with prejudice, each party to bear its own fees and costs.

///

1

No trial date has been set in this matter.

Dated this 9th day of July, 2014.        Dated this 7 day of July, 2014.

PYATT SILVESTRI                          MICHAEL B. LEE, P.C.

_____          _____
JAMES P.C. SILVESTRI, ESQ.               MICHAEL B. LEE, ESQ.
Nevada Bar No. 3603                      Nevada Bar No. 10122
RYAN W. BIGGAR, ESQ.                     2000 So. Eastern Ave
Nevada Bar No. 4535                      Las Vegas, Nevada 89104
701 Bridger Avenue, Suite 600            Attorney for Plaintiffs
Las Vegas, Nevada 89101
Attorneys for Defendant
ALLSTATE FIRE AND
CASUALTY INSURANCE COMPANY

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed in its entirety with prejudice, each party to bear its own fees and costs.

DATED this 11 day of July, 2014.

_____
U. S. DISTRICT COURT JUDGE

Submitted by:
PYATT SILVESTRI

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RYAN W. BIGGAR, ESQ.
Nevada Bar No. 4535
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant